IN THE UNITED STATES DISTRICT
ARKANSAS EASTERN DIVISION
COURT EASTERN DISTRICT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 16 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

ANITA HAMILTON and ) 
MARY HOSKINS ) No. 2:21-cv-153-BSM
 )
  Plaintiffs )
 )
v. ) Judge
 )
THE CITY OF MARVELL, )
ARKANSAS; BENNIE DANIELS JR. )
INDIVIDUALLY AND IN HIS )
OFFICIAL CAPACITY AS THE CHIEF ) JURY TRIAL DEMANDED
OF POLICE OF MARVELL POLICE )
DEPARTMENT; )
LEE GUEST INDIVIDUALLY AND IN
OFFICIAL CAPACITY AS MAYOR
OF THE CITY OF MARVELL;
CARL VANN INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS A
FORMER POLICE OFFICER
FOR THE CITY OF MARVELL

  Defendants.

This case assigned to District Judge Miller
and to Magistrate Judge Kearney

## COMPLAINT

Comes now the Plaintiffs by and through their Attorney Robert Newcomb and for their Complaint against the Defendants state;

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is pursuant to *28USC Section 1331* in force provision of *41USC Section 1983* for the deprivation of due

process rights of the Plaintiffs. To also enforce rights under the *Arkansas Civil Rights Act*, Common Law tort of battery, and tort of outrage, and *ACA-16-118-107* as crime victims, the Court supplemental jurisdiction pursuant to *28USC Section 136* is invoked.

2. Venue is proper under *28USC Section 1391 (b)(1)* in that the City of Marvell and all other Defendants are residents of Phillips County, Arkansas which is located in the Eastern District of Arkansas.

3. Plaintiff, Anita Hamilton is a resident of Marvell, Arkansas at all times material of this cause of action and a citizen of the State of Arkansas and the United States.

4. Plaintiff, Mary Hoskins is a resident of Marvell, Arkansas and a Citizen of the State of Arkansas and the Untied States at all times material of this cause of action.

5. The City of Marvell, Arkansas is a municipality created under the laws of State of Arkansas located in Phillips County, Arkansas.

6. Defendant Bennie Daniels Jr. at all times material of this cause of action was a resident of Phillips County, Arkansas and acting under color of State Law as Police Chief of the City of Marvell, Arkansas. Defendant Daniels is being sued in his Official and in his Individually capacities.

7. Defendant Lee Guest at all times material of this cause of action was acting under of Color of State Law as the Mayor of the City of

Marvell, Arkansas and the Chief Law Enforcement Officer. Defendant Guest is being sued in his Official and in his Individual capacity.

8. Defendant Carl Vann at all times material of this cause of action was a resident of Phillips County, Arkansas and is being sued in his Individual and Official capacity.

## FACTS

9. On June 27th, 2021 the Plaintiffs were listening to music while sitting on the front porch of residents located at Ward street in Marvell, Arkansas.

10. The Defendant Carl Vann on the morning of June 27th, 2021 was on patrol as a Police Officer for the City of Marvell, Arkansas.

11. The Plaintiffs were not breaking any laws.

12. The Defendant Carl Vann approached the Plaintiffs on the porch and without provocation or acting in self-defense, physically assaulted both women while acting under color of State Law.

13. The Defendant Carl Vann struck Plaintiff Hamilton in the face with a flash light causing significant physical injuries to her mouth, facial bones and nose necessitating treatment by medical providers at the Hospital located in Helena, Arkansas and at the University of Arkansas Medical Center in Little Rock, Arkansas.

14. The Plaintiff Hamilton has suffered physical pain in the past and

will in the future.

15. The Plaintiff Hamilton has suffered mental anguish in the past and will in the future.

16. The Plaintiff Hoskins was physically attacked by the Defendant Vann without provocation. Defendant Vann struck and threw her off the porch causing her to land on a riding lawn mower breaking ribs and causing other physical injuries to her.

17. Plaintiff Hoskins as a result of the actions of Defendant Vann, suffered physical injuries necessitating treatment at the Hospital located in Helena, Arkansas and at the University of Arkansas Medical Center in Little Rock, Arkansas.

18. Plaintiff Hoskins has suffered physical pain in the past, physical pain presently and will suffer from physical pain in the future.

19. Plaintiff Hoskins has suffered emotion destress in the past and will in the future.

20. Both Plaintiffs occurred medical bills and medication bill in the past and will in the future.

21. The Standards for Law Enforcement in promulgated by the Arkansas Commission in Standards in Training requires that a Law Enforcement Agency conduct a background check prior to hiring a Law Enforcement Officer.

22. The City of Marvell, Arkansas acting through its Mayor Defendant Guest and Defendant Daniels were obligated to conduct a

background check concerning the Defendant Vann prior to hiring him.

23. Plaintiffs believe that the Defendants Guest and Daniel either did not comply with State law or were deliberately indifferent to a serious fact concerning Defendant Vann.

24. At the time the Defendant City of Marvell, Defendant Guest, and Defendant Daniels hired Defendant Vann he was charged with a misdemeanor and a felony in Lee County, Arkansas.

25. Defendant Vann retired from the Helena- West Helena Police Department on August 8th, 2019. At the time the Defendant Vann retired he committed Battery on a prisoner and a Law Enforcement Officer in Marianna, Arkansas.

26. On August 3rd, 2019, Defendant Vann while acting as a Major with the Helena- West Helena Police Department assaulted a white female in the book in area of the Lee County Sheriff Office located in Mariana, Arkansas.

27. Defendant Vann on August 3rd, 2019 threw a handcuffed female prisoner to the floor and when Officer Mangrum attempted to keep him from injuring the female further, Defendant Vann committed a battery upon Officer Mangrum. The female's injuries included a knot on her head and other injuries to her. The Officer was chocked.

28. When Officer Mangrum attempted to intervene to keep Defendant

Vann from assaulting the female prisoner further, Defendant Vann grabbed Officer Mangrum by the neck and began chocking him. It took two (2) other Officers to separate and restrain Defendant Vann. Due to the injuries caused to Officer Mangrum by Defendant Vann, Officer Mangrum was examined at the Forrest City Medical Center.

29. On July 31st, 2020 the Prosecuting Attorney for the First Judicial District of Arkansas, Todd Murray, by his Deputy John Bell, filed charges of Battery in the Second Degree a class D Felony and Battery in the Third Degree a class A Misdemeanor against Defendant Vann. Prior to hiring of Defendant Vann by the Marvell Police Department in the City of Marvell, Arkansas the City of Helena- West Helena had commenced an investigation of him based upon the complaint received from the Marianna Police Department about the assault and battery committed by Defendant Vann against Amber Schales and Officer Cody Mangrum.

30. At the time the Defendants Guest, Daniels and the City of Marvell hired Defendant Vann the felony charges were a matter of public record and were known and should have been known with reasonable compliance with State Law to the Defendants.

31. The conduct of Defendant Vann of unprovoked attack on a handcuffed female prisoner and on a Police Officer would warn a perspective employer not to hire him while charges were pending.

32. As direct and approximate result of the Defendants Guest, Daniels and the City of Marvell hiring Defendant Vann the Plaintiffs were injured by his criminal activity and unreasonable use of force.

### CAUSES OF ACTION OF VIOLATION 4TH AND 14TH AMENDMENT

33. Plaintiffs adopt and read and allege each and every fact contained in paragraphs 1-32.
34. The Plaintiffs established right to be free from unnecessary force against them by a person acting of color of State Law was clearly established.
35. Defendants the City of Marvell, Guest, Daniels, and Vann were acting under Color of State Law was clearly established.
36. The Defendants showed a deliberate indifference to the safety of the Citizen of Marvell, Arkansas by hiring a individual who at the time of hiring was charged with Battery in the Second Degree, a Felony and Battery in the Third Degree a class A Misdemeanor. Said Battery's being committed against a defenseless woman who was handcuffed and against a Law Enforcement Officer by choking him. All of this activity was captured on video.
37. The failure to do a background check if one was not done is a gross deviation from a standard of care to protect the public from Police Officers who have pattern of use of unnecessary force.
38. The conduct complained of in this case was substantially similar

to the Criminal conduct that the Defendant Vann was accused of committing on August 3rd, 2019 in Lee County, Arkansas which was an adjoining county to Phillips County.

39. If there was no background check done, the failure to do so by the Defendants City of Marvell, Guest and Daniels show a deliberate and indifference to the safety of the public and the type of conduct that would have been learned from the City of Helena-West Helena about Defendant Vann leave would have put the Defendants City of Marvell, Guest and Daniels on notice of the danger of hiring Defendant Vann.

## ARKANSAS CIVIL RIGHTS ACT

40. The Plaintiffs adopt and read assert the allegations contained in paragraphs 1-39.

41. The actions of the Defendant Vann acting under Color of State Law violated the rights of the Plaintiffs of under the Arkansas Civil Rights Act of 1963.

42. The actions of the City of Marvell, Mayor Guest and Chief Daniels violated the Plaintiff's rights under Article II of the Arkansas State Constitution.

## STATE LAW CLAIMS

43. The Plaintiffs adopt and read assert the allegations contained in paragraphs 1-42.

44. The actions of Defendant Vann constituted a Felony against the Plaintiffs causing serious injury to them in violation of *ACA 5-13-202*. The Plaintiffs assert as crime victims cause of action against Defendant Vann for violation of ACA 16-118-107.

45. The actions of Defendant Vann constitute Battery upon persons of the Plaintiffs.

46. The actions of Defendant Guest, Daniels and the City of Marvell in hiring a person to be a Law Enforcement Officer and carry a gun and have the ability to use physical force is that it is under indictment for committing a felony involving use of force against a Law Enforcement Officer and a defenseless woman is outrageous and beyond the bounds of conduct tolerated in a civilized society constituting the commission the tort of outrage.

47. As of the Defendant Vann and other Defendants, the Plaintiffs have suffered extreme emotional destress.

## DAMAGES

48. The Court should award compensatory damages against all of the Defendants for the Medical bills incurred in the past by the Plaintiffs and the Medical bills reasonably expected to be incurred

in the future by the Plaintiffs.

49. The Court should award compensatory damages to the Plaintiffs for the physical pain and suffering they have suffered in the past and will reasonably incur in the future.

50. The Court should award compensatory damages to the Plaintiffs for mental anguish they have suffered in the past and mental anguish they will suffer in the future with the several emotional damages they have suffered in the past and will in the future.

51. The Plaintiff Hamilton lost wages in the past as a result of her injuries and the Court should award her damages for her lost wages.

52. The Court should award against the Defendants individually Guest, Daniels, and Vann punitive damages for their wrong and willfully behavior violating the rights of the Plaintiffs under the Arkansas Civil Rights Act, 42UCS Section 1983, the victims of a criminal act statue, and the tort of outrage.

53. The Court should award Attorney fees and litigation cost.

## JURY TRIAL DEMAND

54. The Plaintiffs request a Trial by Jury.

WHEREFORE we respectfully pray that Court will Grant the relief requested herein and such other relief to which the Plaintiffs may be entitled.

                          Respectfully submitted,

                          */s/ Robert A. Newcomb*
                          Robert A. Newcomb, #73087
                          Attorney at Law
                          P.O. Box 149
                          Little Rock, AR 72203
                          robertnwcmb@aol.com
                          newcomboffice@aol.com
                          P: 501-372-5577
                          F: 501-372-6025