IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANITA HAMILTON and                                                                        PLAINTIFFS
MARY HOSKINS

v.                               CASE NO. 2:21-cv-00153-BSM

THE CITY OF MARVELL, ARKANSAS, *et al.*                                    DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE